THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TORRESI, Appellant.— Order of filiation of the Children's Court, County of Westchester, affirmed, with costs. Nolan, P. J., Carswell, Johnston and Sneed, JJ., concur; Wenzel, J., dissents, votes to reverse the order and to dismiss the complaint, with the following memorandum: While it is not necessary in a filiation proceeding to establish paternity beyond a reasonable doubt, I do not here find the substantial degree of proof required in cases of this kind. Nor do I believe that the presumption of legitimacy has been overcome. [See *post*, p. 951.]

■

RUBIN SHAPS, Respondent, v. HAROLD BAKER et al., Defendants, and LENOX BAKE SHOP, INC., et al., Appellants.— The defendants Miriam Brauner, sued herein as John Doe, and Lenox Bake Shop, Inc., who appeared specially and solely for the purpose of moving to vacate and set aside a requisition to replevy certain chattels, appeal from the order which denied their motion. Order affirmed, with $10 costs and disbursements. The papers on which the requisition issued complied with the requirements of section 1096 of the Civil Practice Act and sufficiently stated that a demand had been made for the chattels. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.